Ryan B. Hancey (9101)
J. Adam Knorr (15183)
KESLER & RUST
68 South Main Street, 2nd Floor
Salt Lake City, UT 84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
aknorr@keslerrust.com
*Attorneys for defendant THC Therapeutics, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ILIAD RESEARCH AND TRADING, L.P.,** a Utah limited partnership,<br><br>**Plaintiff,**<br><br>**THC THERAPEUTICS, INC.,** a Nevada corporation,<br><br>**Defendant.** | **AMENDED NOTICE OF REMOVAL**<br><br>Case No. 2:22-cv-0367-DBB-JCB<br><br>**District Judge David Barlow** |

Defendant THC Therapeutics, Inc., by and through its undersigned counsel, submits this Notice of Removal under 28 U.S.C. § 1446(a) and DUCivR 81-2.

<u>Short and plain statement of the grounds for removal</u>

The grounds for THC Therapeutics' removal of Utah State Third Judicial District Court Civil Case No. 210900342 (Honorable Richard McKelvie presiding) to this court are (1) diversity of citizenship of the parties (as described below) and (2) the federal question nature of plaintiff's claims, both of which involve a security governed by the Securities Exchange Act of 1934 ("the Act").

1

Documents included with this filing

1. Under 28 U.S.C. § 1446(a)

    a. Copy of process (i.e., summons, affidavit of service)

    b. Pleadings (complaint and amended complaint; defendant has not yet responded to plaintiff's amended complaint)

    c. Orders (May 9, 2022 Ruling & Order Granting Defendant's Motion to Set Aside Default Judgment)

2. Under DUCivR 81-2

    a. A copy of the state court docket sheet

    b. A copy of the scheduling order or notice of event due dates (not available as the adjudication of defendant's motion to set aside default judgment delayed filing of a responsive pleading, which triggers generation of notice of event due dates)

    c. Citizenship/state or other jurisdiction of the parties

        i. Plaintiff – Utah limited partnership with a physical address of 303 East Wacker Drive, Suite 1040, Chicago, IL 60601 and registered agent address of 3051 West Maple Loop, Suite 325, Lehi, UT 84043

            1. Iliad Management, LLC, 303 East Wacker Drive, Suite 1040, Chicago, IL 60601, a Delaware limited liability company, is believed to be the sole partner of plaintiff;

            2. Upon information and belief, John Fife, an Illinois citizen, or Fife Trading, Inc., 303 East Wacker Drive, Suite 1040, Chicago, IL

    60601, an Illinois corporation, is the sole member of Iliad Management, LLC.

ii. Defendant – Nevada corporation with a physical address of 11700 W. Charleston Blvd., # 73, Las Vegas, NV 89135

iii. Assigned claims - none

iv. Dates of purported service upon defendant – January 29, February 3, March 9, March 10, September 16, 2021 (service was contested and the subject of a motion to set aside default judgment)

In accordance with 28 U.S.C. § 1446, defendant will promptly provide written notice of this filing to plaintiff and the Utah State Third Judicial District Court.

Dated this 6th day of June 2022.

          KESLER & RUST

          /s/ Ryan B. Hancey

          Ryan B. Hancey
          J. Adam Knorr
          *Attorneys for defendant THC Therapeutics, Inc.*